

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00444-CR

George Joshua **WASHINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9797
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 30, 2024.

_____
Irene Rios, Justice